Case 3:05-cv-01289-TEH

Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, NW, Second Floor
Washington, D.C. 20036
(202) 466-8960
(202) 293-8103 (Fax)
efidell@feldesmantucker.com
Bar No. 112003 (District of Columbia)

Fran M. Layton
Shute, Mihaly, & Weinberger LLP
396 Hayes Street
San Francisco, CA   94102
(415) 552-7272
(415) 552-5816
Layton@smwlaw.com
Bar No. 111788 (California)

Attorneys for Plaintiff, Mark L. McClenahan

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

MARK L. McCLENAHAN,            )
                               )
            Petitioner,        )
                               )
       v.                      )   Civil No.  CV 05-01289 TEH
                               )
Lieutenant General             )
JAMES R. HELMLY,               )
                               )
            Respondent.        )

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mark L. McClenahan, by and through his undersigned counsel, voluntarily dismisses the above-styled case.

Respectfully submitted,

**IT IS SO ORDERED:**

Eugene R. Fidell (Signatory)

_____
Thelton E. Henderson
United States District Judge

4/20/05

1  
2  
3  
4  
5  
District of Columbia Bar No. 112003  
Charlotte E. Cluverius  
Illinois Bar No. 6269549  
Feldesman Tucker Leifer Fidell LLP  
2001 L. Street, N.W., 2d Floor  
Washington, DC 20036  
(202) 466-8960  
efidell@feldesmantucker.com  
ccluverius@feldesmantucker.com  

6  
7  
8  
9  
Fran M. Layton  
Shute, Mihaly, & Weinberger LLP  
396 Hayes Street  
San Francisco, CA   94102  
(415) 552-7272  
(415) 552-5816  
Layton@smwlaw.com  
Bar No. 111788 (California)  

10  

Attorneys for Petitioner  

11  
12  April 20, 2005  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

2